# Court of Appeals
# of the State of Georgia

ATLANTA,　April 17, 2013

*The Court of Appeals hereby passes the following order:*

## A13D0304. LINNON PARKER et al. v. WAL-MART STORES, INC.

Linnon Parker, B. Thassanee Gutter-Parker, and minors Alyssa Gayles and Leilana Parker (collectively "the Parkers") filed an action in superior court asserting food poisoning claims against Wal-Mart Stores, Inc. On January 29, 2009, the trial court granted summary judgment to Wal-Mart. Although the application materials do not indicate exactly what transpired after the court granted summary judgment, it is undisputed that on December 14, 2010, the trial court entered an order dismissing the Parkers' timely appeal. The Parkers moved to set aside that order on the basis that they did not receive a copy of the order. The trial court then reissued the order dismissing the Parkers' appeal, and the Parkers filed a timely application for discretionary appeal from that order.

"The dismissal of an appeal by the trial court is subject to direct appeal." *Castleberry's Food Co. v. Smith*, 205 Ga. App. 859, 860 (424 SE2d 33) (1992); see also *American Medical Security Group v. Parker*, 284 Ga. 102, 103 (2) (663 SE2d 697) (2008). We will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. The Parkers shall have ten days from the date of this order to file a notice of appeal with the trial court. If, however, they have already filed a notice of appeal from the order at issue, they need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 04/17/2013
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*